IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARK IV ENTERPRISES, INC., )
et al. )
 )
v. )
 ) NO. 3-12-0004
BANK OF AMERICA, N.A. ) JUDGE CAMPBELL
 )
v. )
 )
SUSAN N. BENNETT )

ORDER

Pending before the Court is Plaintiffs' Motion for Leave to File Reply (Docket No. 102).

The Motion is GRANTED, and Plaintiffs may file a Reply by February 10, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE